# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|              Plaintiff, ) | Case No. 2:11-cr-00169-ECR-GWF |
| vs. ) | **ORDER** |
| CARLOS BASS, ) | |
|              Defendant . ) | |

      Before the court is Defendant Carlos Bass' Motion for Judicial Permission Allowing Defendant Bass to Attend His Grandfather's Funeral (Dkt. 22), and Addendum to Motion for Judicial Permission Allowing Defendant Bass to Attend His Grandfather's Funeral (Dkt. #23).  The motion and addendum request expedited consideration as Mr. Bass' grandfather's funeral is scheduled to commence on Friday, July 22, 2011, at 11:00 a.m.  He is not asking that the court reconsider the decision to detain him, or that the court order the U. S. Marshal's Service to provide a security escort.  Rather, he asks that the court allow him to temporarily reside at the half-way house on lock down status with leave to attend his grandfather's funeral under the supervision of his mother and grandmother.

       The court empathizes with Mr Bass' profound loss of the man who helped raise him and natural desire to attend the funeral.  However, having found that the defendant is a danger to the community and that there are no conditions or combination of conditions that will reasonably ensure the safety of the community if the defendant is released, the court will not release Mr. Bass to attend an emotionally difficult ceremony.  With condolences,

///

///

///

**IT IS ORDERED** that Defendant Bass' Motion for Judicial Permission Allowing Defendant Bass to Attend His Grandfather's Funeral (Dkt. 22) is **DENIED**.

Dated this 18th day of July, 2011.

_____
Peggy A. Leen
United States Magistrate Judge