```
___ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
         COUNSEL/PARTIES OF RECORD

         MAR - 6 2012

      CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:11-CR-169-RCJ (CWH) |
| ) | |
| CARLOS BASS, ) | |
| ) | |
| Defendant. ) | |

### FINAL ORDER OF FORFEITURE

On November 17, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant CARLOS BASS to a criminal offense, forfeiting specific property alleged in the Criminal Indictment and agreed to in the Plea Memorandum and shown by the United States to have a requisite nexus to the offense to which defendant CARLOS BASS pled guilty. Docket #1, #31, #32, #34.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from November 23, 2011, through December 23, 2011, notifying all third parties of their right to petition the Court. #36.

. . .

. . .

1. Service of the Notice and Preliminary Order of Forfeiture was accomplished upon the stolen weapon owner, Adrian Michael Dredla, via the United States Marshals Service on November 25, 2011. #35.

2. This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

3. This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

    a. a black 9 mm Springfield Firearms XD handgun, serial number XD140558; and

    b. any and all ammunition ("property").

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 6th day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE