# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 2:11-CR-169-RCJ-(CWH) |
| CARLOS BASS, | ) ) ) |
| Defendant. | ) |

**AMENDED FINAL ORDER OF FORFEITURE**

On November 17, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant CARLOS BASS to a criminal offense, forfeiting specific property alleged in the Criminal Indictment and agreed to in the Plea Memorandum and shown by the United States to have a requisite nexus to the offense to which defendant CARLOS BASS pled guilty. Criminal Indictment, ECF No. 1; Preliminary Order of Forfeiture, ECF No. 31; Plea Memorandum, ECF No. 32; Change of Plea Minutes, ECF No. 34.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from November 23, 2011, through December 22, 2011, further notifying all known third parties by personal service or by regular mail and certified mail return receipt requested, of their right to petition

1 the Court. Notice of Filing Proof of Publication, ECF No. 36; Notice of Filing Service of Process, ECF Nos. 35 and 44.

On November 25, 2011, Adrian Michael Dredla was personally served with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 35.

On March 15, 2013, Frankie Weatherholt was personally served with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 44.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

    a.    a black 9 mm Springfield Firearms XD handgun, serial number XD140558; and

    b.    any and all ammunition ("property").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

. . .

. . .

. . .

. . .

1       The Clerk is hereby directed to send copies of this Order to all counsel of record and three
2 certified copies to the United States Attorney's Office.
3       DATED this 11 day of ~~May~~ 2013.

      JUNE, 2013

                                       _____
                                       UNITED STATES DISTRICT JUDGE